PHILLIP A. TALBERT
Acting United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00272-DB |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| v. | ) |
| | ) DATE: December 21, 2021 |
| THOMAS J. HOAGLAND, | ) TIME: 10:00 a.m. |
| | ) JUDGE: Hon. Deborah Barnes |
| Defendant. | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1.  By previous order, this matter was scheduled for a status conference on December 21, 2021 at 10:00 a.m.

2.  By this stipulation, the parties now jointly move to

///

///

///

///

STIPULATION AND ORDER              1              U.S. v. THOMAS J. HOAGLAND

continue the status conference to January 18, 2022 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: December 20, 2021         PHILLIP A. TALBERT
                                 Acting United States Attorney

                          By:    */s/ John Scanlon*
                                 JOHN E. SCANLON
                                 Special Assistant U.S. Attorney


                                 */s/ Linda Allison*
                                 LINDA C. ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Approved via email on 12/20/21*)

**FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference currently scheduled on December 21, 2021 shall be **CONTINUED** to **January 18, 2022, at 09:30 AM**.

FOUND AND ORDERED this 20th day of December 2021.

                                 /s/ Deborah Barnes
                                 DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                2              U.S. v. THOMAS J. HOAGLAND